**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7910

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GEORGE WILSON, III,

Defendant - Appellant.

No. 06-8007

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GEORGE WILSON, III,

Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (1:93-cr-00461-AVB; 1:97-cv-00696-AVB)

Submitted: February 15, 2007      Decided: February 26, 2007

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

———————————

George Wilson, III, Appellant Pro Se.  John Thomas Martin, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, George Wilson III seeks to appeal the district court's order construing his motion as one filed under 28 U.S.C. § 2255 (2000) and denying relief because he did not have authorization from this court under 28 U.S.C. § 2244 (2000). He also appeals two margin orders denying his motions for reconsideration. Wilson was clearly attacking his sentence and because he had previously filed a § 2255 motion, the district court correctly found it was without authority to consider these filings unless Wilson had authorization from this court.[*] See § 2244.

In addition, Wilson appeals the district court's orders denying his request for records and files and denying two motions for reconsideration. Because there was no reason to grant the relief sought, we affirm.

Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]To the extent Wilson may be seeking authorization from this court to file a second or successive 28 U.S.C. § 2255 (2000) motion, we deny the request.